Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST AS TRUSTEE FOR PNPMS
TRUST I 100, a national bank,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a
national bank, DOES 1 through 10,
inclusive,

        Defendants.

Case No.  3:21-cv-00153-MMD-CLB

**STIPULATION AND ORDER
EXTENDING DEADLINE  FOR
DEFENDANT JPMORGAN CHASE
BANK, N.A., TO FILE
A RESPONSE TO PLAINTIFF'S
COMPLAINT**

(First Request)

Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for

PNPMS Trust I 100 ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and

through their respective undersigned counsel, hereby stipulate as follows:

1.      Chase shall have through and including **Tuesday, May 25, 2021** to file a response

to Plaintiff's Complaint on file in this matter.

/ / /

/ / /

/ / /

/ / /

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to investigate this matter and attempt to informally resolve the claims herein.

ZBS LAW, LLP                                    SMITH LARSEN & WIXOM


/s/  J. Stephen Dolembo                          /s/  Kent F. Larsen
J. Stephen Dolembo, Esq.                        Kent F. Larsen, Esq.
Nevada Bar No. 9795                             Nevada Bar No. 3463
9435 West Russell Road, Suite 120               1935 Village Center Circle
Las Vegas, Nevada 89148                         Las Vegas, Nevada 89134
Ph: (702) 948-8565 x606                         Ph: (702)252-5002
Fax: (702) 446-9898                             Fax (702) 252-5006
Email:sdolembo@zbslaw.com                       Email: kfl@slwlaw.com
Attorneys for Plaintiff                          Attorneys for Defendant
Wilmington Savings Fund Society,                JPMorgan Chase Bank, N.A.
FSB, d/b/a Christiana Trust as
Trustee for PNPMS Trust I 100
                                                Dated: May 3, 2021

Dated: May 3, 2021


**<u>ORDER</u>**

**IT IS SO ORDERED**.


DATED this ___3rd___ day of _____May_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE