Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I 100, a national bank,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national bank, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00153-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I 100 ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. Chase shall have through and including **Friday, June 11, 2021** to file a response to Plaintiff's Complaint on file in this matter.

///

///

///

///

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party. The parties continue to investigate this matter and are attempting, in good faith, to informally resolve the claims asserted in this case. If the issues are not resolved within the currently proposed extension period, the parties will proceed forward with this litigation.

| ZBS LAW, LLP | SMITH LARSEN & WIXOM |
|---|---|
| /s/ J. Stephen Dolembo | /s/ Kent F. Larsen |
| J. Stephen Dolembo, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9795 | Nevada Bar No. 3463 |
| 9435 West Russell Road, Suite 120 | 1935 Village Center Circle |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89134 |
| Ph: (702) 948-8565 x606 | Ph: (702)252-5002 |
| Fax: (702) 446-9898 | Fax (702) 252-5006 |
| Email:sdolembo@zbslaw.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I 100 | JPMorgan Chase Bank, N.A. |
| Dated: May 24, 2021 | Dated: May 24, 2021 |

**ORDER**

**IT IS SO ORDERED**.

DATED this __24th__ day of __May__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -