SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I 100, a national bank,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a national bank; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00153-MMD-CLB<br><br>**ORDER RESCINDING ASSIGNMENT OF DEED OF TRUST** |

The Court, upon reviewing the Stipulation to Effect Rescission of Assignment of Deed of Trust and To Resolve Case, submitted to the Court on September 1, 2021 by Plaintiff Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Trustee for PNPMS Trust I 100 ("Wilmington") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUGDED AND DECREED** that that certain Nevada Assignment of Deed of Trust signed by Chase in favor of Wilmington on February 25, 2021, and recorded in the Official Records of the Lyon County, Nevada Recorder on March 22, 2021, as Document 633347 (the "Assignment"), regarding the property located at 195 Dayton Village

Pkwy, Dayton Nevada 89403 (Assessor's Parcel No. 19-773-01) (the "Property"), is and shall be null and void *ab initio*, and of no effect whatsoever;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Lyon County Nevada Recorder shall expunge the Assignment from its Official Records, as if the Assignment had never been executed by Chase and recorded;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all rights of the beneficiary/lender arising under that certain Deed of Trust, dated April 7, 2003, recorded in the Official Records of the Lyon County, Nevada Recorder on April 17, 2003, as Document 294661 (executed by Peggy Somkopoulos in favor of Chase Manhattan Mortgage Corporation, and securing a loan in the original principal amount of $112,650.00), remain with and accrue to Chase.

Dated as of this __1st__ of __September__, 2021

_____
UNITED STATES DISTRICT COURT JUDGE